# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

COURTNEY JAMES,

          Plaintiff,

      -vs-                                    Case No. 13-CV-171

MILWAUKEE COUNTY, CITY OF MILWAUKEE,
DAVID BOROWSKI,
COURT COMMISSIONER BARRY SLAGLE,
DETECTIVE TIMOTHY GRAHM,
DISTRICT ATTORNEY RANDY SITZBERGER,
and DISTRICT ATTORNEY GRANT HUEBER,

          Defendants.

# ORDER

      The plaintiff, Courtney James, who is proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. By letters dated February 19, 2013, and April 15, 2013, the plaintiff was directed to filed a consent/refusal form with 21 days; sign/date and file the complaint with the Clerk's Office as soon as possible; and pay the filing fee or file a petition for leave to proceed *in forma pauperis* within 21 days. To date the plaintiff has not taken any action in this case. Based on this, the court infers that the plaintiff no longer wants to prosecute this action.

**NOW, THEREFORE, IT IS ORDERED** that this action be and hereby is dismissed without prejudice for failure to prosecute.

Dated at Milwaukee, Wisconsin, this 17th day of June, 2013.

                      **SO ORDERED,**

                      _/s/ Rudolph T. Randa_
                      **HON. RUDOLPH T. RANDA**
                      **U. S. District Judge**

2

Case 2:13-cv-00171-RTR   Filed 06/17/13   Page 2 of 2   Document 4